06-CR-05214-ORD

FILED _____ LODGED
_____ RECEIVED

AUG 2 1 2006

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> SABRINA K. HOWE, <br><br> Defendant. | NO. CR06-5214 <br><br> FINDINGS AND ORDER ACCEPTING DEFENDANT FOR DEFERRED PROSECUTION, APPROVING TREATMENT PLAN, AND DIRECTING DEFENDANT TO TAKE TREATMENT AS PRESCRIBED <br><br> (Clerk's Action Required) |

THIS MATTER, coming on for hearing this 21st day of August, 2006, upon the Defendant's Petition for Deferred Prosecution; the Defendant appearing in person and by her attorney, Michael Filipovic, Assistant Federal Public Defender; the United States of America being represented by Lt. Robert Staley, Special Assistant United States Attorney; the Court, having examined and incorporated into the record Defendant's Petition and Statement in support of deferred prosecution, the evaluation and treatment reports prepared by Okanogan Behavioral Health Care and Action Counseling, and the files and records herein, being fully advised in the premises, does now make and enter the following:

/ / /

/ / /

FINDINGS AND ORDER ACCEPTING
DEFENDANT FOR DEFERRED PROSECUTION
(*SABRINA K. HOWE*) – CR06-5214 –                           1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

Case 3:06-mj-05146-JKA   Document 5   Filed 08/17/2006   Page 1 of 1

## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### Office of the Clerk
### (253) 593-6313

US District Court  
PO Box 1493  
Spokane WA 99210

August 17, 2006

Re: Patrick Allen Hansen  
Your No: 2:95CR00190-00  
Our No: 06-5146M

Dear Clerk:

Enclosed are certified copies of the following documents in the above referenced case pursuant to Rule 5, Federal Rules of Criminal Procedure:

1. Waiver of Rule 5 and Order of Transfer
2. Docket Sheet

Defendant Hansen was arrested on August 8, 2006, and had an initial appearance before Magistrate Judge J Kelley Arnold on that date. The defendant signed the Waiver of Rule 5 Hearing and the Court signed an Order of Transfer. The defendant was ordered detained and was remanded to the custody of the United States Marshals for transportation to your district for further proceedings.

Please acknowledge receipt on the enclosed copy of this letter and return it in the provided business reply envelope.

Sincerely,

s/Kelly A Miller  
by Kelly A. Miller, Deputy Clerk

Enclosures

cc: Cheryl Walkden (AUSA)



06-MJ-05146-RCPT



RECEIVED  
AUG 21 2006  
CLERK, US DISTRICT COURT  
SPOKANE, WASHINGTON

## I. FINDINGS OF FACT

A. On or about the 16th day of March, 2006, Defendant was charged with the offense/offenses charged in the Information. This offense occurred as a direct result of alcoholism/chemical dependency problems;

B. Defendant suffers from an alcohol/drug problem and is in need of treatment;

C. The probability of similar misconduct in the future is great if the problem is not treated;

D. Defendant is amenable to treatment;

E. An effective rehabilitative treatment plan is available to Defendant through Okanogan Behavioral Health Care Chemical Dependency Programs, an approved treatment facility as designated by the laws of the State of Washington, and Defendant agrees to be liable for all costs of this treatment program;

F. That Defendant agrees to comply with the terms and conditions of the program offered by the treatment facility, as set forth in the diagnostic evaluation from Okanogan Behavioral Health Care attached to Statement of Defendant filed herewith, and that Defendant agrees to be liable for all costs of this treatment program;

G. That Defendant has knowingly and voluntarily stipulated to the admissibility and sufficiency of the facts as contained in the written police report attached to Statement of Defendant filed herewith.

H. That Defendant has acknowledged the admissibility of the stipulated facts in any criminal hearing or trial on the underlying offense or offenses held subsequent to revocation of this Order Granting Deferred Prosecution and that these reports will be used to support a finding of guilt;

From the foregoing FINDINGS OF FACT, the Court draws the following:

//

//

FINDINGS AND ORDER ACCEPTING
DEFENDANT FOR DEFERRED PROSECUTION
(*SABRINA K. HOWE*) – CR06-5214 –                2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100

## II. CONCLUSIONS OF LAW

A. That the above-entitled Court has jurisdiction over the subject matter and Defendant Sabrina K. Howe, in this case;

B. That Defendant's Petition for Deferred Prosecution meets the requirements of RCW 10.05 et seq.;

C. That the diagnostic evaluation and commitment to treatment meets the requirements of RCW 10.05.150;

D. That Defendant is eligible for deferred prosecution.

## III. ORDER

Having made and entered the foregoing FINDINGS OF FACT and CONCLUSIONS OF LAW, it is hereby

ORDERED that the Defendant is accepted for deferred prosecution. The prosecution of the above-entitled matter is hereby deferred for a five (5) years pursuant to RCW 10.05 et seq., upon the following terms and conditions:

A. Defendant shall be on probation for the deferral period and follow the rules and regulations of probation;

B. Defendant shall enroll in and successfully complete the two-year treatment program recommended by Behavioral Counseling and to be performed by Okanogan Behavioral Health Care, according to the terms and conditions of that plan as outlined in the diagnostic evaluation, a true copy of which is attached to the Petition and incorporated herein by reference. Defendant shall not change treatment agencies without prior Probation approval;

C. The treatment facility Okanogan Behavioral Health Care shall file with the United States Probation Office status reports of Defendant's compliance with treatment, monthly during the first year of the deferred prosecution period and every three (3) months during the second year. The Court may increase the frequency of these reports at its

FINDINGS AND ORDER ACCEPTING
DEFENDANT FOR DEFERRED PROSECUTION
(SABRINA K. HOWE) – CR06-5214 –        3

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1  discretion;

2  D.    Defendant shall notify U.S. Probation within 72 hours of any residence change.

3  E.    Defendant shall abstain during the deferred prosecution period from any and all
4  consumption of alcoholic beverages and/or non-prescribed mind-altering drugs;

5  F.    Defendant shall not operate a motor vehicle on the public highways without a
6  valid operator's license and proof of liability insurance sufficient to comply with the state laws
7  on financial responsibility;

8  G.    Defendant shall be law abiding and shall not commit any alcohol/drug related
9  offenses or other criminal offenses during the period of deferral,

10  H.    Defendant shall notify U.S. Probation within 72 hours of being arrested,
11  questioned, or cited by Law Enforcement;

12  I.    In the event that Defendant fails or neglects to carry out and fulfill any term or
13  condition of her treatment plan or violates any provision of this Order or any rule or regulation
14  of her probation officer, upon receiving notice, the Court shall hold a hearing to determine
15  why Defendant should not be removed from deferred prosecution and prosecuted for the
16  offense/offenses charged;

17  J.    In the event the Court finds cause to revoke this deferred prosecution, the
18  stipulated police reports shall be admitted into evidence, and Defendant shall have her guilt or
19  innocence determined by the Court;

20  K.    That the statement of Defendant for Deferred Prosecution shall remain sealed,
21  and all subsequent reports or documents relating to her treatment information shall be sealed,
22  to maintain confidentiality of Defendant's treatment information;

23  L.    That the Department of Licensing be notified of this Order accepting the
24  Defendant for deferred prosecution;

25  M.    Upon proof of Defendant's successful completion of five years deferral period
26  in this Order, the Court shall dismiss the charges pending against Defendant.

FINDINGS AND ORDER ACCEPTING
DEFENDANT FOR DEFERRED PROSECUTION
(SABRINA K. HOWE)  CR06-5214 –                    4

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

Case 2:06-cr-05214-JKA   Document 19   Filed 08/16/2006   Page 5 of 5

N. Additional conditions: _Treatment conditions set forth_
_in Behavioral Healthcare report dated 8/15/06._

DONE IN OPEN COURT this __21__ day of August, 2006.

_[signature]_
L. KELLEY ARNOLD
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ Michael Filipovic
WSBA No. 12319
Assistant Federal Public Defender
Attorney for Sabrina K. Howe
Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
Tel. (206) 553-1100
Fax (206) 553-0120
Michael_Filipovic@fd.org

I have received a copy of the foregoing Order of Deferred Prosecution. I have read and understand its contents, and agree to abide by the terms and conditions set forth herein.

Dated: __08/22/2006__   _Sabrina K Howe_
Sabrina K. Howe
Defendant

I certify that a copy of this signed Order was mailed to the subject treatment facility, on _____, 2006. The United States Probation Office was also furnished a copy of this Order.

_____
CLERK

FINDINGS AND ORDER ACCEPTING
DEFENDANT FOR DEFERRED PROSECUTION
(SABRINA K. HOWE) – CR06-5214 –

5

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1  N.   Additional conditions: _Treatment conditions set forth_
2  _in Behavioral Healthcare report dated 8/15/a._
3  _____.
4
5  DONE IN OPEN COURT this __21__ day of August, 2006.
6
7
8                                 _____
                                  J. KELLEY ARNOLD
                                  UNITED STATES MAGISTRATE JUDGE
9
10  Presented by:
11  s/ Michael Filipovic
    WSBA No. 12319
12  Assistant Federal Public Defender
    Attorney for Sabrina K. Howe
13  Federal Public Defender
    1601 Fifth Avenue, Suite 700
14  Seattle, WA 98101
    Tel. (206) 553-1100
15  Fax (206) 553-0120
    Michael_Filipovic@fd.org
16
17       I have received a copy of the foregoing Order of Deferred Prosecution. I have read and
18  understand its contents, and agree to abide by the terms and conditions set forth herein.
19
20  Dated: _____  _____
                                        Sabrina K. Howe
21                                      Defendant
22       I certify that a copy of this signed Order was mailed to the subject treatment facility, on
23  _____, 2006. The United States Probation Office was also
24  furnished a copy of this Order.
25
26                                      _____
                                        CLERK

FINDINGS AND ORDER ACCEPTING                          FEDERAL PUBLIC DEFENDER
DEFENDANT FOR DEFERRED PROSECUTION                       1601 Fifth Avenue, Suite 700
(*SABRINA K. HOWE*) – CR06-5214 –            5            Seattle, Washington 98101
                                                              (206) 553-1100