1
2
3              UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA
4
5
| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Case No.  CR06-5214** |
| **Plaintiff,** | |
| v. | **INITIAL ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION BY UNITED STATES PROBATION OFFICE** |
| **SABRINA K. HOWE,** | |
| **Defendant.** | |

**THIS MATTER** comes on for hearing on the Petition of the United States Probation Office alleging that the defendant has violated the conditions of supervision.

The plaintiff appears through Special/Assistant United States Attorney, **BARBARA SIEVERS**; The defendant appears personally and represented by counsel, **MICHAEL FILIPOVIC**;

The Court having advised the defendant of the FIVE allegations in the Petition(s) filed by the U.S. Probation Office; the defendant having been advised of the  maximum potential sanction if the allegation(s) is/are substantiated; and the court finding probable cause with regard to the alleged violation(s);

Having been advised of her right to a hearing the defendant voluntarily acknowledged her rights and acknowledged violating the conditions of probation as alleged in Violation Numbers 1, 2, 3, and 4.

The matter is scheduled for a disposition hearing on Violations 1, 2, 3, and 4, and an evidentiary hearing on Violation 5 before the Honorable J. KELLEY ARNOLD.

            Date:        MARCH 10, 2008

            Time:        3:00 P.M.

(X) Defendant is released pending the above scheduled hearing, SUBJECT TO being in full compliance with the terms and conditions of probation, including but not limited to continuation of substance abuse and mental health treatment.
-
The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.

                              February 22, 2008.


                               */s/ J. Kelley Arnold*_____
                              **J. Kelley Arnold, U.S. Magistrate Judge**

ORDER
Page - 1